Filed 7/17/2015 12:27:12 PM
Loretta Cammack
District Clerk
Nacogdoches County, TX

SHAKARA WHITE

C-14-30319

| | | |
|---|---|---|
| LEGATHA DEMINGS | § | IN THE DISTRICT COURT FILED IN<br>12th COURT OF APPEALS<br>TYLER, TEXAS |
| VS. | § | |
| | § | NACOGDOCHES COU7/27/2015 2:24:46 PM |
| GARRISON NURSING HOME AND | § | CATHY S. LUSK<br>Clerk |
| REHABILITATION CENTER AND | § | |
| GARRISON NURSING HOME, INC. | § | 145TH JUDICIAL DISTRICT |

## NOTICE OF INTERLOCUTORY APPEAL

**COMES NOW**, GARRISON NURSING HOME AND REHABILITATION CENTER and GARRISON NURSING HOME, INC.. Defendants in the above-entitled and numbered cause of action and, pursuant to Rule 25.1 of the Texas Rules of Appellate Procedure gives notice of its intent to file an interlocutory appeal regarding the trial court's denial of Defendants' motion to dismiss for failure to serve expert report. The trial court is the 145th Judicial District Court of Nacogdoches County, Texas. The order to be appealed is dated June 29, 2015. GARRISON NURSING HOME AND REHABILITATION CENTER and GARRISON NURSING HOME, INC. desires to appeal this order. This appeal is taken to the Twelfth Court of Appeals in Tyler, Texas. This is an accelerated interlocutory appeal that is authorized pursuant to section 51.014 (9) of the Texas Civil Practice & Remedies Code.

**WHEREFORE, PREMISES CONSIDERED**, Defendants, GARRISON NURSING HOME AND REHABILITATION CENTER and GARRISON NURSING HOME, INC. respectfully ask the Court to take notice of this filing and for such other and further relief, either at law or in equity, to which Defendant may show just entitlement.

Respectfully submitted,

**KENT, ANDERSON, BUSH, FROST & METCALF, P.C.**
1121 ESE Loop 323, Suite 200
Woodgate I
Tyler, Texas 75701
(903) 579-7500 (Office)
(903) 581-3701 (Fax)

By: _____
David W. Frost
State Bar No. 24002111

**ATTORNEY FOR DEFENDANTS
GARRISON NURSING HOME AND
REHABILITATION CENTER and GARRISON
NURSING HOME, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was electronically transmitted to the following as indicated on this the ___17th___ day of July, 2015:

Mr. W. Stephen Shires
Law Office of Stephen Shires, PLLC
123 San Augustine Street
Center, Texas 75935
(936) 598-3031 - FAX

_____
David W. Frost